Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

The Mazepink Family Trust, a
California Family Trust

vs

Donald T. Wargo, an individual
residing in Pennsylvania; and Does 1
through 10

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1624 WQH LSP

FILED
08 SEP -4 PM 3: 47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Todd Serota (310) 798-2004
Law Offices of Todd B. Serota
1601 N. Sepulveda Blvd., #793
Manhattan Beach, CA 90266

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK



By                    , Deputy Clerk

SEP 4    2008
DATE

Summons in a Civil Action                                                      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

